IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

MAY 03 2016

ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

CRIMINAL NO: *1:16cr38LG-JCG*

GREGORY DODD

18 U.S.C. § 2422(b)

**The Grand Jury charges:**

From on or about February 12, 2015, and continuing through on or about April, 15, 2016, in Harrison County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **GREGORY DODD**, used a facility and means of interstate and foreign commerce, that is, the Internet, to knowingly attempt, and at times through an intermediary, to persuade, induce, entice, and coerce an individual whom he believed had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense under Section 97-3-95, Mississippi Code Annotated.

All in violation of Sections 2422(b) and 2, Title 18, United States Code.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense.

The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of one or more of the offenses alleged in this indictment:

One Samsung Galaxy Note 5 cellular telephone black in color within an Otter brand

protective case; and

One Alcatel cellular telephone white in color with the IME number 014247000705906.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Section 2428.


GREGORY K. DAVIS
United States Attorney


A TRUE BILL:

s/Signature Redacted

Foreperson of the Grand Jury


This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the ___3rd___ day of ___May___, 2016.


UNITED STATES MAGISTRATE JUDGE